JS-6

# United States District Court
## Central District of California

TYRONE THOMPSON,

    Plaintiff,

    v.

WHICH WICH FRANCHISE, INC. et al.,

    Defendants.

Case No. 2:21-cv-06040-VAP-PLAx

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: October 8, 2021

                              VIRGINIA A. PHILLIPS
                              United States District Judge